UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | Civil Action No.<br>04-40240-FDS |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO TAKE IMMEDIATE DISCOVERY**

Upon the motion of plaintiffs for leave to take immediate discovery and the supporting memorandum of law, and the declaration of Jonathan Whitehead and the exhibit thereto, it is hereby:

ORDERED that plaintiffs may serve immediate discovery from Assumption College to obtain the identity of the Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify the Doe Defendant, including the true name, address, telephone number, e-mail address, and Media Access Control addresses of the defendant.

     IT IS FURTHER ORDERED THAT any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act.

**So Ordered.**

                                              /s/ F. Dennis Saylor
                                              F. Dennis Saylor IV
                                              United States District Judge

Dated: November 18, 2004