UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | CIVIL ACTION 04-40240 FDS |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**WITH REGARD TO DEFENDANT JOHN DOE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal without prejudice of the above-captioned matter with regard to defendant John Doe.

B3026739.2

- 2 -

ARISTA RECORDS LLC; ELEKTRA
ENTERTAINMENT GROUP INC.; WARNER
BROS. RECORDS INC.; SONY BMG MUSIC
ENTERTAINMENT; VIRGIN RECORDS
AMERICA, INC.; CAPITOL RECORDS, INC.;
BMG MUSIC; and ATLANTIC RECORDING
CORPORATION
By their attorneys,


/s/_Jocelyn L. Heyman_____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
Jocelyn L. Heyman (BBO No. 660240)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

Stacey E. Deere
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:    (816) 421-5547

FHBOSTON/2769950.2

B3026739.2                                - 2 -